No. A–760. CALIFORNIA STATE BOARD OF OPTOMETRY *v.* CALIFORNIA CITIZENS ACTION GROUP ET AL. Application to stay preliminary injunction entered by the United States District Court for the Central District of California, entered February 5, 1976, presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, granted pending further order of the Court. MR. JUS-

TICE STEVENS would deny the application. Motion of Terminal-Hudson Electronics of California, Inc., dba Opti-Cal, for leave to intervene as an appellee denied.